# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

**UNITED STATES OF AMERICA,**

               **Plaintiff,**

v.

**GREGORY JUSTIN BARNES,**

               **Defendant.**

Case No. 1:05-CR-30044-CO

ORDER TO TRANSFER FUNDS

On 6/13/11 a disbursement in the amount of $204.00 was made to victim Scott Christopher Wood. This payment was returned to the Clerk's Office uncashed and the funds have been redeposited to the case. The Victim Witness Unit of the United States Attorney's Office was unable to find an updated address for the victim. No further address updates are available and research avenues for locating the victim have been exhausted.

Accordingly, the Clerk of Court is hereby ordered to transfer monies of $204.00 held in Deposit Fund (6855XX) to Unclaimed Funds (613300) to be held on behalf of victim Scott Christopher Wood.

    IT IS SO ORDERED.

    DATED this 14 day of OCTOBER, 2015.

                                                      ANN AIKEN
                                                      UNITED STATES CHIEF DISTRICT JUDGE

1- ORDER